

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated June 27, 2013, it is ordered that these causes be transferred to the First Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the First Court of Appeals.

| | |
|---|---|
| 09-13-261-CR | Tawrence Jamal Wilson v. State of Texas |
| 09-13-262-CR | Lewis Mark Kronnick v. State of Texas |
| 09-13-264-CR | Lamonte Jermaine Haskett v. State of Texas |
| 09-13-265-CR | Denise Winell Dirden v. State of Texas |
| 09-13-266-CR | John Brenton Daigre v. State of Texas |
| 09-13-267-CR | Joshua Alphonse Conn v. State of Texas |
| 09-13-268-CR | Angel Jequiste Campbell v. State of Texas |
| 09-13-269-CV | In the Estate of Fannie Mable Walker v. State of Texas |
| 09-13-271-CR | Duane Lee Washington v. State of Texas |
| 09-13-272-CV | Steve Merritt and Heather Merritt v. Lake Conroe Heights |
| 09-13-276-CR | Joseph Kevin Villyard v. State of Texas |
| 09-13-277-CR | William Walton Harvey Jr. v. State of Texas |
| 09-13-278-CR | Amber Nicole Doughty v. State of Texas |
| 09-13-279-CR | Brenton Allen Hope v. State of Texas |
| 09-13-281-CR | Bobby Dewayne Evans v. State of Texas |
| 09-13-282-CV | Sovantharith B. Thou v. 1488 Plaza, Inc. |
| 09-13-283-CR | Milton Wayne Kay v. State of Texas |
| 09-13-286-CV | Chrisondath Bandall v. Rukmin Durgapersad |
| 09-13-287-CR | Christopher Todd Duhon v. State of Texas |
| 09-13-288-CR | Christopher Thomas v. State of Texas |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the First District of Texas at Houston as appears of record in Minute Book Volume 17 Page 405."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 9th of July 2013.

_____

Carol Anne Harley
Clerk of the Court